# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Alicia Jones, <br><br> Plaintiff, <br><br> vs. <br><br> Circle K Stores, Inc., <br><br> Defendant. | Civil Action No. 7:15-cv-04131-TMC-JDA <br><br> **Stipulation of Dismissal** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that all claims in the above-captioned action are voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear her or its own costs.

Respectfully submitted this 4th day of April, 2016.

| | |
|---|---|
| *s/ Shannon M. Phillips*_____ | *s/ Julie K. Adams*_____ |
| Shannon M. Phillips | Julie K. Adams |
| Fed. ID No. 11901 | Fed. ID No. 12166 |
| shannon@talleylawfirm.com | jkadams@littler.com |
| TALLEY LAW FIRM, P.A. | LITTLER MENDELSON, P.C. |
| 134 Oakland Avenue | 100 North Tryon Street |
| Spartanburg, SC 29302 | Suite 4150 |
| Telephone: 864.595.2966 | Charlotte, NC 28202 |
| Facsimile: 864.595.2969 | Telephone: 704.972.7000 |
| Attorneys for Plaintiff | Facsimile: 704.333.4005 |
| | |
| | Tracey T. Barbaree (admitted *pro hac vice*) |
| | tbarbaree@littler.com |
| | LITTLER MENDELSON, P.C. |
| | 3344 Peachtree Road NE, Suite 1500 |
| | Atlanta, GA 30326 |
| | Telephone: 404.233.0330 |
| | Facsimile: 404.233.2361 |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

This is to certify that on April 4, 2016, the undersigned filed the foregoing STIPULATION OF DISMISSAL using the Court's CM/ECF system, which will send notice to the following attorneys of record:

Julie K. Adams
jkadams@littler.com
LITTLER MENDELSON, P.C.
100 North Tryon Street
Suite 4150
Charlotte, NC 28202

Tracey T. Barbaree (admitted *pro hac vice*)
tbarbaree@littler.com
LITTLER MENDELSON, P.C.
3344 Peachtree Road NE, Suite 1500
Atlanta, GA 30326

*s/ Shannon M. Phillips*
Shannon M. Phillips
Attorney for Plaintiff